IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: | : : | |
| JANET MITCHELL, et al. | : : | |
| v. | : : | |
| PFIZER, INC., et al. | : | NO. 12-20009-HB |

PRETRIAL ORDER NO. 8958

AND NOW, this 7th day of November, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs to remand this action to the Superior Court of California in and for the County of San Francisco is GRANTED. No attorneys' fees or costs are awarded.

BY THE COURT:

Harvey Bartle J.